IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| YOLANDA DOBBINS; LILY GODINEZ; and MEGAN NORDYKE, on behalf of themselves and all others similarly situated,<br>　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF DALLAS and DALLAS COUNTY<br>　　　　Defendants. | § § § § § § § § § § § §　CIVIL ACTION NO.<br><br>3:20-CV-1727-K |

### DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE COURT:

The Defendant Dallas County, pursuant to Northern District of Texas Local Civil Rule LR 3.1(f) and Local Civil Rule LR 7.4, files its certificate of interested persons and disclosure statement. The undersigned, on behalf of Defendant Dallas County, certifies that the following listed persons and entities have an interest in the outcome of this case.

A.　**Parties**

　　**Plaintiffs:**

　　　1.　Yolanda Dobbins

　　　2.　Lily Godinez

　　　3.　Megan Nordyke

　　**Defendants:**

　　　4.　City of Dallas

　　　5.　Dallas County

B.  **Attorneys:**

**Plaintiffs:**

1. Jay D. Ellwanger
   Texas State Bar No. 24036522
   jellwanger@equalrights.law

   Ellwanger Law LLLP
   400 South Zang Blvd., Suite 1015
   Dallas, Texas  75208
   Telephone:    737.808.2260
   Telecopier:    737.808.2262

2. David Henderson
   Texas State Bar No. 24032292
   dhenderson@equalrights.law

   Ellwanger Law LLLP
   400 South Zang Blvd., Suite 1015
   Dallas, Texas  75208
   Telephone:    737.808.2260
   Telecopier:    737.808.2262

**Defendant Dallas County:**

3. Jason G. Schuette                                    Lead counsel to be noticed
   Assistant District Attorney
   Texas State Bar No. 17827020
   jason.schuette@dallascounty.org

   Federal Litigation Division
   Frank Crowley Courts Building
   133 N. Riverfront Blvd., LB 19
   Dallas, Texas  75207
   Telephone:    214.653.3692
   Telecopier:    214.653.2899

Respectfully submitted,

JOHN CREUZOT
CRIMINAL DISTRICT ATTORNEY
DALLAS COUNTY, TEXAS

*s/ Jason G. Schuette*
Assistant District Attorney
Texas State Bar No. 17827020
jason.schuette@dallascounty.org

Federal Litigation Division
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB 19
Dallas, Texas  75207
Telephone:     214.653.3692
Telecopier:     214.653.2899

ATTORNEYS FOR THE DEFENDANT
DALLAS COUNTY

## CERTIFICATE OF SERVICE

On 09 September 2020 I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas.  I hereby certify that I have served the document on all counsel and/or *pro se* parties of record by a manner authorized by Federal Rules of Civil Procedure 5 (b)(2).

*s/ Jason G. Schuette*
Assistant District Attorney