IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| YOLANDA DOBBINS, LILY GODINEZ, and MEGAN NORDYKE, on behalf of themselves and all others similarly situated, | § § § § § | |
| Plaintiffs, | § § | |
| V. | § § | No. 3:20-cv-1727-K |
| THE CITY OF DALLAS, | § § § | |
| Defendant. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED WITH PREJUDICE**.

SO ORDERED.

Signed August 25th, 2021.

*Ed Kinkeade*
_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE