# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

December 16, 2021

Lyle W. Cayce
Clerk

No. 21-10983

Yolanda Dobbins; Lily Godinez; Megan Nordyke, *on behalf of* themselves and all others similarly situated,

*Plaintiffs—Appellants*,

*versus*

The City of Dallas,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:20-CV-1727

Before Smith, Higginson, and Willett, *Circuit Judges*.

Per Curiam:

We must examine the basis of our jurisdiction on our own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). Under 28 U.S.C. § 2107(a) and Federal Rule of Appellate Procedure 4(a)(1)(A), the notice of appeal in a civil case must be filed within 30 days of entry of judgment.

In this civil rights action, the district court entered final judgment dismissing the complaint on August 26, 2021. Therefore, the final day for

No. 21-10983

filing a timely notice of appeal was Monday, September 27, 2021 because the
30th day was a Saturday. *See* FED. R. APP. P. 26(a)(1)(C). Plaintiffs' notice
of appeal was filed on September 29, 2021. When set by statute, the time
limitation for filing a notice of appeal in a civil case is jurisdictional. *Hamer v.
Neighborhood Hous. Servs. of Chi.*, 138 S. Ct. 13, 17 (2017); *Bowles v. Russell*,
551 U.S. 205, 214 (2007). The lack of a timely notice mandates dismissal of
the appeal. *United States v. Garcia-Machado*, 845 F.2d 492, 493 (5th Cir.
1988). Accordingly, the appeal is DISMISSED for want of jurisdiction.

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 16, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 21-10983    Dobbins v. City of Dallas
USDC No. 3:20-CV-1727


Enclosed is an order entered in this case.


Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Roeshawn Johnson, Deputy Clerk
504-310-7998

Mr. David Henderson
Ms. Karen S. Mitchell
Mrs. Stacy Jordan Rodriguez